IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FEDERATED ADMINISTRATIVE SERVICES and FEDERATED HERMES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ENDURANCE AMERICAN INSURANCE COMPANY and CONTINENTAL CASUALTY COMPANY, <br><br> Defendants. | C.A. No. 2:23-cv-01239-WSS |

**ENDURANCE AMERICAN INSURANCE COMPANY'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a), Defendant Endurance American Insurance Company ("Endurance"), by and through its undersigned counsel, hereby respectfully moves this Honorable Court for summary judgment as to all counts asserted against it in Plaintiffs' complaint.

The breach of contract and breach of the duty of good faith and fair dealing counts (Counts I and III) fail as a matter of law because (1) Federated Administrative Services and Federated Hermes, Inc. ("Federated") have not established a breach and (2) Federated has not identified any damages that arose from Endurance's supposed breach. Accordingly, Endurance is also entitled to summary judgement on Count II for declaratory judgment.

As for Count IV, Federated cannot meet its burden to prove by *clear and convincing evidence* that Endurance (1) lacked a reasonable basis for denying benefits under the policy, and (2) knew or recklessly disregarded its lack of a reasonable basis in denying the claim. The undisputed facts of record confirm that Endurance's conduct was reasonable (and certainly not reckless) as a matter of law.

In further support of this Motion, Endurance relies on the accompanying Memorandum of Law, Consolidated Statement of Material Facts, and Appendix.

WHEREFORE, the Endurance respectfully requests that this Motion is granted, and that judgment is entered in favor of Endurance and against Plaintiffs as to all claims in the form submitted herewith.

Dated: October 17, 2025

Respectfully submitted,

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER
 /s/ Ronald P. Schiller
Ronald P. Schiller
Michael R. Carlson (*pro hac vice*)
Lily K. Huffman (*pro hac vice*)
Christopher J. Mauro (*pro hac vice*)
One Logan Square, 27th Floor Philadelphia, PA 19103
T: (215) 568-6200
rschiller@hangley.com
mcarlson@hangley.com
lhuffman@hangley.com
cmauro@hangley.com
*Attorneys for Defendant Endurance American Insurance Company*

**CERTIFICATE OF SERVICE**

I, hereby certify that on the 17th of October 2025 a true and correct copy of the foregoing Motion of Defendant Endurance American Insurance Company for Summary Judgment has been filed with the Clerk for the United States District Court for the Western District of Pennsylvania and was served upon all parties of record via the Court's ECF system.

*/s/ Ronald P. Schiller*
Ronald P. Schiller